IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR361 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| TREVOR CROWE, | ) | NOTICE OF RELATED CASE AND |
| | ) | MOTION TO TRANSFER RELATED |
| Defendant. | ) | CASE TO THE DOCKET OF CHIEF |
| | ) | JUDGE PATRICIA A. GAUGHAN |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Alejandro A. Abreu, Assistant United States Attorney, and provides notice of a related case and moves this Court for an order, pursuant to Administrative Order No. 160 and Local Rule 57.9(b)(3), reassigning this case to the docket of Chief Judge Patricia A. Gaughan. This motion is made as Case Number 1:19CR775, <u>United States v. Stephen Bellipario et al.</u>, is currently pending and is assigned to Chief Judge Patricia A. Gaughan. This matter charges crimes that are part of the same fact situation and allegations involved in Case Number 1:19CR775. To allow for the expeditious administration of these cases, the government respectfully requests that the Court immediately enter an order transferring this matter to the docket of Chief Judge Patricia A. Gaughan.

WHEREFORE, the United States respectfully requests that this Court order the instant case transferred to the docket of Chief Judge Patricia A. Gaughan.

    Respectfully submitted,

    JUSTIN E. HERDMAN
    United States Attorney

2

By:   /s/ Alejandro A. Abreu
       Alejandro A. Abreu (OH: 0089477)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3620
       (216) 522-2403 (facsimile)
       Alejandro.A.Abreu@usdoj.gov